# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF WYOMING

Ella-Vernel: Wagner, Claimant, Secured Party Creditor, Plaintiff In Admiralty,

Vs.

FEEDOM MORTGAGE CORPORATION, ROBERT
J. HOPP & ASSOCIATES, LLC., STATE OF WYOMING,
BIGHORN COUNTY SHERIFF KEN BLACKBURN,
NORMAN HOWARD SAHM, Defendants in Admiralty,
Severally and Individually, All

GREGORY A. PHILLIPS, JOHN D. ROSSETTI,
THOMAS D. RUMPKE, Third Party Defendants in
Admiralty, Severally and Individually, All

CASE # 12 CV 09J

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2012 APR 12  PM 2 47
STEPHAN HARRIS, CLERK
CASPER

## SECOND ANSWER TO SECOND ATTORNEY GENERALS' MOTION TO STRIKE AND NOTICE OF DEFAULT BY ATTORNEY GENERAL

At least the ATTORNEY GENERALS' OFFICE has the law right, but did not understand what it said. Nor have they read or understand the papers submitted.

The second note is that he still did not answer the fact, now on record, that attorneys cannot witness in any case as anything they say is hearsay. The fraud, lies, deceit and treachery continue by the ATTORNEY GENERALS' OFFICE. In the Affidavit of Specific Negative Averment, the provision for entering other defendants is in place, fully reserved by Claimant and not referenced or answered by the ATTORNEY GENERAL.

Thirdly, none of the other issues have been answered by the ATTORNEY GENERALS' OFFICE. There also has been no mention of the fact that the FREEDOM MORTGAGE CORPORATION has not been in possession of the original note, nor do they know who holds the original note at this time. Therefore, SHERIFF KEN BLACKBURN, without due diligence, acted upon a false official document, i.e., reposession procedure, putting him in default.

Yes, the ATTORNEY GENERALS have, heretofore, not been accountable for the lies, deceit and treachery for which they are responsible. These actions and facts are clearly evident and documented in this case. The law and facts stand for the Claimant, and default in place now stands against the WYOMING ATTORNEY GENERAL'S OFFICE.

## EXPRESS SPECIFIC RESERVATION OF RIGHTS

I explicitly reserve all my natural rights as an American Secured Party Creditor under contract law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.

_Ella-Vernel: Wagner_  04-11-2012
Ella-Vernel: Wagner, Secured Party Creditor,    Date
  Eecutive Trustee for the Trust
  known as ELLA VERNEL WAGNER

## CERTIFICATION OF SERVICE

I do hereby certify that I sent the following document via U.S. Mail postage pre-paid on this 11th day of April, 2012 and served on the following individuals:

GREGORY A. PHILLIPS
ATTORNEY GENERAL
2424 PIONEER AVENUE, 2ND FLOOR
CHEYENNE, WY 82002

JOHN D. ROSSETTI
DEPUTY ATTORNEY GENERAL
2424 PIONEER AVENUE, 2ND FLOOR
CHEYENNE, WY 82002

THOMAS W. RUMPKE
SENIOR ASSISTANT ATTORNEY GENERAL
2424 PIONEER AVENUE, 2ND FLOOR
CHEYENNE, WY 82002

_Ella-Vernel: Wagner_
Ella-Vernel: Wagner, Secured Party Creditor,
Executive Trustee for the Trust
known as ELLA VERNEL WAGNER

## JURAT

State of Wyoming        )
                        ) ss.
County of Big Horn      )

On this 11th day of April, A. D. two thousand and twelve, before me, _____ *Penny A. Jones* _____ Notary, personally appeared _____ *Ella Vernel Wagner* _____ known to me on the basis of satisfactory evidence or identification, to be the living woman whose name is subscribed upon this instrument and acknowledged to me that she executes the same in her authorized capacity.

*[Signature: P.A. Jones]*

Witness my hand and official seal

[Notary Seal: PENNY A. JONES — NOTARY PUBLIC — COUNTY OF BIG HORN — STATE OF WYOMING — MY COMMISSION EXPIRES AUGUST 27, 2014]

*Penny A. Jones*

Notary Printed Name